UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

JORGE ECHEMENDIA,   CASE NO: 07-22098-CIV-KING/WHITE

    Petitioner,

v.

WALTER A. MCNEIL,

    Respondent.
_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE comes before the Court upon the June 19, 2008 Report and Recommendation of Magistrate Judge Patrick A. White (D.E. # 23) recommending that Petitioner Jorge Echemendia's petition for writ of habeas corpus pursuant to 28 U.S.C. §2254 be denied. No objections have been filed by Petitioner and the time to do so has passed.

This Court concludes that the R&R contains thorough and well-reasoned recommendations. Judge White holds that Petitioner's claims either warrant no federal relief or are without merit and therefore denial of petitioner's petition for writ of habeas corpus is proper.

Accordingly, after a careful review of the record and the Court being otherwise fully advised, it is

ORDERED and ADJUDGED as follows:

1.    Magistrate Judge Patrick A. White's June 19, 2008 Report and

Recommendation (**D.E. # 23**) be, and the same, is hereby AFFIRMED and ADOPTED.

2. Jorge Echemendia's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. §2254 (**D.E. #1**) be, and the same, is hereby **DENIED**.

3. All unresolved motions in this case are hereby DENIED as MOOT

4. The Clerk of the Court shall CLOSE this case.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 11th day of July, 2008.

JAMES LAWRENCE KING
U.S. DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: Magistrate Judge Patrick A. White

**_Attorney for Plaintiff_**
Jorge Echemendia
DC #M17360
Glades Correctional Institution
500 Orange Avenue Circle
Belle Glade, FL 33430

**_Defendant's Counsel_**
Linda S. Katz
Attorney General Office
444 Brickell Avenue
Suite 650
Miami, FL 33131
305-377-5441
Email: linda.katz@myfloridalegal.com

Richard L. Polin
*Attorney General Office*
Department of Legal Affairs
444 Brickell Avenue
Suite 650
Miami, FL 33131
305-377-5441
Email: Richard.Polin@myfloridalegal.com